<div style="text-align:center">

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

</div>

Catherine M. Stavlas, Clerk                                                    Reply to Northern Division Address
David E. Ciambruschini, Chief Deputy

<div style="text-align:center">September 12, 2023</div>

<div style="text-align:right">

1:23−cv−02453−LKG
Wild v. Address Our Mess, LLC

</div>

Dear Counsel,

The Clerk received your Motion for Admission Pro Hac Vice for Joseph A. Dunne. Upon reviewing the motion, we noticed the signature of the attorney(s) checked below was incorrect:

[ ]   Movant

[x]   Proposed admittee

Signatures of attorneys must either be handwritten or meet the requirements in the "signature" section of our civil procedures manual. (You may go to our website at www.mdd.uscourts.gov to access the manual.)

To file a revised motion without paying the fee a second time, please do the following:
1. Go to the Court's website at www.mdd.uscourts.gov
   to obtain the Motion for Admission Pro Hac Vice form.
2. Prepare the motion with all required information.
3. Refile the motion using the event, "Pro Hac Vice − Corrected."

When the new motion is received, it will be reviewed and a ruling will be issued. In the meantime, the existing motion will be terminated and marked "Filed in error."

<div style="margin-left:50%">

Very truly yours,

_____/s/_____
Catherine M. Stavlas
Clerk, U.S. District Court
District of Maryland
prepared by: Marlowe Hill

</div>

---

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410−962−2600
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301−344−0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**